```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS
```

NEWARK                                          DATE: August 4, 2009

JUDGE: William H. Walls

COURT REPORTER: Yvonne Davion

DEPUTY CLERK: Loretta Minott

Title of Case:                                  Docket # 08-272

U.S.A.  v. GARY WEISBROT

Appearances:

Anthony Moscato - AUSA
Lawrence S. Horn, Esq., for defendant Gary Weisbrot

Nature of proceedings: **SENTENCING**

**18 months** on Count 2 of Indictment
**3 years** supervised release on Count 2 of Indictment
Mandatory drug testing

Special Conditions:
1. Drugs/urinalysis
2. Full Financial Disclosure
3. No New Debt
4. IRS
5. Mental Health
6. DNA

Special Assessment: $100.00 due immediately.
Fine: $10,000 due immediately within 30 days of sentencing

Defendant advised of right to appeal.

Recommendation: confinement at Otisville, NY

Voluntary Surrender: 5 October 2009

Time Commenced 10:15 a.m.
Time Adjourned 11:15 a.m.

                                                *Loretta Minott*
                                                 Deputy Clerk